Filed In U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

FEB 24 2025

By: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: Andrew Earwood

Debtor

Case No. 25-40242
Chapter 7

STATEMENT REGARDING PAYMENT ADVICES (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I am unemployed; or

☐ I am self-employed; or

☐ My employer did not provide pay stubs.

☒ Other   will provide later

Dated: 2/24/25

_____
Debtor