**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Rome Division**

In  Debtor(s)
Re:  **Andrew Ryan Earwood**

Case No.: **25−40242−pwb**
Chapter:  **7**

# ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES

On March 14, 2025, the Court entered an Order denying Debtor or Debtors (hereinafter "Debtor") application to have the chapter 7 filing fee waived (the "Order"). Debtor was allowed ten days to remit the full filing fee or begin making installment payments. The Order also provided that failure to timely pay the filing fees as directed may result in dismissal of this case.

The Debtor failed to pay the filing fee as directed by the Order. Accordingly, it is

**ORDERED** that the above−styled case is dismissed.

The Clerk will serve this Order on Debtor, Debtor's Counsel, Trustee, and All parties on the Mailing Matrix.

**SO ORDERED**, on April 1, 2025.

Paul W. Bonapfel
United States Bankruptcy Judge

Form IFP311