Andrew Earwood

Case # 25-40242

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2025 APR -3 PM 12: 45

VANIA S. ALLEN
CLERK

BY: _____
DEPUTY CLERK

## Motion to Reconsider Order of Dismissal

Your Honor,

I, Andrew Earwood, am pleading with you to re-open case 25-40242. I truly missed the email notifications from the "notifying center" email as it was lost in my junk emails. I understand ignorance isn't an excuse. I've never had to go through this and was under the understanding that my fees were waived. I have paid the full amount for filing fees on 4/1/25. I've already completed the meeting of creditors and am working with my trustee. Thank you for your time and consideration in this matter

Andrew Earwood
4/3/25

Application Name: GANB Form Service
Pay.gov Tracking ID: 27MUTLEI
Agency Tracking ID: 77006343546
Transaction Type: Sale
Transaction Date: 04/01/2025 10:23:07 PM EDT
Account Holder Name: Andrew Earwood
Transaction Amount: $338.00
Card Type: MasterCard
Card Number: ************2551

Case Number: 25-40242
Debtor Name: ANDREW EARWOOD
Payer Name: Andrew Earwood
Phone: (770) 851-3922
Email: andrewearwood7@yahoo.com
Description: Filling fee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

IN RE: Andrew Earwood )  Case No: 25-40242
) 
) Chapter 7
)
)

Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the __3rd__ day of __April__, 2025, I served a copy of __Motion to reconsider order of dismissal__ which was filed in this bankruptcy matter on the __1__ day of __April__, 2025.

Mode of service (check one):   ☒ MAILED    ☒ HAND DELIVERED  AE

Name and Address of each party served (If necessary, you may attach a list.):

Trustee
Thomas D. Richardson
Brinson Askew Berry, LLP
615 West First Street
POB 5007
Rome GA 30162-5513

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated:                    Signature: 

Printed Name: Andrew Earwood

Address: 2 Bo Xing
Temple GA 30179

Phone: 770.851.3922

(Generic Certificate of Service – Revised 4/13)