**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Rome Division**

In Re: Debtor(s)
**Andrew Ryan Earwood**

Case No.: **25−40242−pwb**
Chapter: **7**

# ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES

On March 14, 2025, the Court entered an Order denying Debtor or Debtors (hereinafter "Debtor") application to have the chapter 7 filing fee waived (the "Order"). Debtor was allowed ten days to remit the full filing fee or begin making installment payments. The Order also provided that failure to timely pay the filing fees as directed may result in dismissal of this case.

The Debtor failed to pay the filing fee as directed by the Order. Accordingly, it is

**ORDERED** that the above−styled case is dismissed.

The Clerk will serve this Order on Debtor, Debtor's Counsel, Trustee, and All parties on the Mailing Matrix.

**SO ORDERED**, on April 1, 2025.

Paul W. Bonapfel
United States Bankruptcy Judge

Form IFP311

United States Bankruptcy Court

Northern District of Georgia

In re:  
Andrew Ryan Earwood  
    Debtor

Case No. 25-40242-pwb  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-6     User: bncadmin     Page 1 of 2  
Date Rcvd: Apr 01, 2025     Form ID: IFP311     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Ashleigh Morgan Harris, 131 Wheeler-Ford Rd, Rockmart, GA 30153-4025 |
| cr | + | Jason Deering, 131 Wheeler-Ford Rd, Rockmart, GA 30153-4025 |
| 25175378 | + | 84 Lumber, 1019 Route 519, Eighty Four PA 15330-2813 |
| 25175383 | + | Ann & James Mitchell, 280 Super Deluxe Rd, Rockmart GA 30153-4257 |
| 25175388 | + | Anstin & Candace Duney, 778 Bethlehem Rd, Rockmart GA 30153-4369 |
| 25175384 | + | Ashleigh Harris & Jason Deering, 131 Wheeler Ford Rd, Rockmart GA 30153-4025 |
| 25152215 | + | Ashleigh Harris and Jason Deering, Attn: Civil Action, File No. SUCV2023000650-ABR, 100 Prior St Ste 106, Cedartown GA 30125-2944 |
| 25175381 | + | Carrolton Emergency Physicians, 8 Oak Park Drive, Bedford MA 01730-1414 |
| 25175375 | + | Daniel Graham /Graroc, 2293 Rome Hwy, Rockmart GA 30153-3577 |
| 25175391 | + | Dunn's Vanwert / Zum Zum Corp, 565 Atlanta Hwy, Rockmart GA 30153-2801 |
| 25152217 | + | EDC/Self-Rent Track, PO Box 26, Allen TX 75013-0001 |
| 25175376 | + | Foam South, 1595 Redi Road Suite 500, Cumming GA 30040-9798 |
| 25175377 | + | GLT Plumbing, 201 White Park Dr, Dallas GA 30132-5016 |
| 25175387 | + | Kayla & David Elrod, 120 Perry Rd, Rydal GA 30171-1000 |
| 25175389 | + | Kellen Parsons, 90 Aragon Rd, Taylorsville GA 30178-1725 |
| 25175392 | + | Kyle & Breanna Roller, 703 Coach Bobby Dodd Rd, Dallas GA 30132-7609 |
| 25175390 | + | Lucas Culver / Culver Insurance, 100 Catherine Court, Rockmart GA 30153-2575 |
| 25175382 | + | Sherwin Williams, 2800 Century Pkwy NE # 1000, Atlanta GA 30345-3110 |
| 25152221 | + | Sunrise Credit Services/DTV Enabler, 8 Corporate Center Dr Ste 300, Melville NY 11747-3193 |
| 25175380 | + | Tanner Medical Center, 1643 Lewis Ave Suite 203, Billings MT 59102-4151 |
| 25175386 | + | Tim Gilbert, 525 Tom Jones Rd, Kingston GA 30145-1607 |
| 25175385 | + | Wendy & Robert Kesler, 2065 Harmony Rd Se, Silver Creek GA 30173-3201 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: andrewearwood7@yahoo.com | Apr 01 2025 21:04:00 | Andrew Ryan Earwood, 2 Bo Xing, Temple, GA 30179-2444 |
| 25152216 | + | Email/Text: compliance@contractcallers.com | Apr 01 2025 21:07:00 | Contract Callers, 501 Greene St Fl 3, Augusta GA 30901-4415 |
| 25152218 | + | Email/Text: kgoswick@familysavingscu.com | Apr 01 2025 21:06:00 | Family Savings Credit Union, 711 E Meighan Blvd, Gadsden AL 35903-1996 |
| 25152219 | + | Email/Text: jamie.tiernan@gas-south.com | Apr 01 2025 21:05:00 | Gas South, PO Box 723728, Atlanta GA 31139-0728 |
| 25175379 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 01 2025 21:24:38 | Home Depot, 2455 Paces Ferry Rd SE, Atlanta GA 30339-1834 |
| 25152220 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 01 2025 21:12:09 | JPMCB Card, PO Box 15369, Wilmington DE 19850-5369 |
| 25152222 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 01 2025 21:12:27 | The Home Depot/Citibank, PO Box 6497, Sioux Falls SD 57117-6497 |
| 25152223 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 01 2025 21:07:00 | Westlake Financial Svcs, 4751 Wilshire Blvd, Los |

District/off: 113E-6 — User: bncadmin — Page 2 of 2
Date Rcvd: Apr 01, 2025 — Form ID: IFP311 — Total Noticed: 30

Angeles CA 90010-3847

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael West Evans | on behalf of Creditor Jason Deering west.evans@cbtjlaw.com |
| Michael West Evans | on behalf of Creditor Ashleigh Morgan Harris west.evans@cbtjlaw.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Thomas D. Richardson | on behalf of Trustee Thomas D. Richardson trichardson@brinson-askew.com tdr@trustesolutions.net;Tdr82454@gmail.com;ctdr11@trustesolutions.net |
| Thomas D. Richardson | trichardson@brinson-askew.com tdr@trustesolutions.net;Tdr82454@gmail.com;ctdr11@trustesolutions.net |

TOTAL: 5