**IT IS ORDERED as set forth below:**

**Date: August 14, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| IN RE:<br><br>ANDREW RYAN EARWOOD,<br><br>Debtor. | CASE NO. 25-40242-PWB<br><br>CHAPTER 7 |
| ASHLEIGH HARRIS and JASON DEERING,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW RYAN EARWOOD,<br><br>Defendant. | ADVERSARY PROCEEDING NO. 25-4005-PWB |

**ORDER AND NOTICE**

The Plaintiffs and the Debtor have reached a settlement of this adversary proceeding whereby a portion of the debt shall be declared nondischargeable pursuant to 11 U.S.C. § 523(a)(2), (4), and (6) pursuant to the terms set forth in their joint motion filed July 14, 2026. The Plaintiffs do not intend to prosecute the 11 U.S.C. § 727 claims and, therefore, they are subject to dismissal. It is

ORDERED AND NOTICE IS HEREBY GIVEN that any party objecting to dismissal of the objection to discharge or desiring to be substituted as plaintiff to prosecute the objection to discharge shall file a written objection to the dismissal or request for substitution no later than September 3, 2026. Objections shall be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 600 East First Street, Rome, Georgia, 30161, or by using the Court's electronic case filing system ("CM/ECF"). For information on electronic filing, consult the Court's website at www.ganb.uscourts.gov. If no objection is timely filed, the Court shall enter an order dismissing the § 727 claims and the parties' consent judgment. If an objection is filed the Court shall hold a hearing on September 9, 2026, at 9:25 a.m., in Courtroom 342, U.S. Courthouse, 600 East First Street, Rome, Georgia.

The Clerk is directed to docket this Order and Notice in the adversary proceeding and the main bankruptcy case and serve copies upon the Chapter 7 Trustee, the United States Trustee, creditors, and parties in interest.

**END OF ORDER**

**Distribution List**

Michael West Evans
Cox Byington Twyman LLP
711 Broad Street
Rome, GA 30161

Andrew Ryan Earwood
2 Bo Xing
Temple, GA 30179